1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 ANTONIO J. PROVENCIO,   CASE NO. 05-CV-01290-JM (AJB)

11                           Plaintiff,
   v.                        **ORDER DISMISSING ENTIRE**
12                           **ACTION WITH PREJUDICE**
   COUNTY OF SAN DIEGO, OFFICER
13 MIKE BRAVO, and DOES 1-20,

14                           Defendants.

15

16    Based upon the stipulation of the parties (Document No. 28) , and good cause appearing,

17    IT IS HEREBY ORDERED that this entire action is dismissed with prejudice, and each party

18 shall bear its own costs.

19    **IT IS SO ORDERED.**

20 DATED: February 16, 2007

21                                    _____
                                      Hon. Jeffrey T. Miller
22                                    United States District Judge

23 cc: All Parties

24
25
26
27
28